IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAS,

      Plaintiff,               1: 09 CV 01212 YNP SMS (PC)

  vs.                              ORDER DISMISSING ACTION

L. NELSON, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

      Plaintiff has filed a motion to voluntarily dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Plaintiff may dismiss this action on his own motion so long as a responsive pleading has not been filed. There has been no service of process, and no defendant has entered an appearance. Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion. The Clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:   December 14, 2009**              /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE